957 A.2d 231

**John COZZONE, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 83 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 24, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**